Nicholas Anderson, State Bar No. 276893
nanderson@stawickiandmaples.com
LAW OFFICES OF STAWICKI & MAPLES
5207 Sunrise Boulevard
Fair Oaks, CA 95628
Tel.: 916.363.2889
Fax: 916.363.2019

Attorneys for Plaintiffs
ELAINE CHAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE CHAN, | Case No.  2:16-cv-01741-MCE-EFB |
| Plaintiffs, | **JOINT NOTICE OF DISMISSAL** |
| v. | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC, a Delaware Corporation, dba HARRAH'S RENO, | |
| Defendant(s). | |

Plaintiff ELAINE CHAN and Defendant CAESARS ENTERTAINMENT OPERATING COMPANY, INC, a Delaware Corporation dba HARRAH'S RENO, (hereafter the Parties) by and through their counsel of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully Submitted,

Dated: July 20, 2017              By: /s/ Nicholas Anderson
                                   NICHOLAS ANDERSON
                                   Attorney for Plaintiff
                                   ELAINE CHAN

| | |
|---|---|
| Dated: July 20, 2017 | By: /s/ Dean Lindberg<br>DEAN LINDBERG<br>Attorney for Defendant<br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC, a Delaware Corporation dba HARRAH'S RENO |

**ORDER**

Pursuant to the foregoing, this case is DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**

Dated:  July 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE